# Court of Appeals, State of Michigan

## ORDER

In re Petition of Tuscola County Treasurer for Foreclosure

Docket No.    328847

LC No.    14-028294-CZ

Kathleen Jansen
Presiding Judge

William B. Murphy

Michael J. Riordan
Judges

The Court orders that the October 10, 2016 opinion is hereby AMENDED to correct a clerical error. The opinion is corrected to read November 10, 2016 as the date of the opinion.

In all other respects, the opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 14 2016
_____
Date

_____
Chief Clerk